IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CREDIT ONE FINANCIAL, a Nevada Corporation d/b/a CREDIT ONE BANK, N.A.<br><br>　　　　　　　Defendant. | MISC. CASE NO.: _____<br><br>(District of Nevada Case No.: 2:14-cv-01512-LDG-NJK) |

## NOTICE OF MOTION TO QUASH SUBPOENA

TO: Leonard H. Stone, Esq.
　　Shook & Stone, CHTD.
　　710 S. Fourth Street
　　Las Vegas, Nevada 89101
　　lstone@shooandstone.com

　　Adam J. Levitt, Esq.
　　Grant & Eisenhofer, P.A.
　　30 North LaSalle Street, Ste. 1200
　　Chicago, Illinois 60602
　　alevitt@gelaw.com

　　Diane Zilka, Esq.
　　Kyle J. McGee, Esq.
　　Grant & Eisenhofer, P.A.
　　123 Justison Street
　　Wilmington, Delaware 19801
　　dzilka@gelaw.com
　　kmcgee@gelaw.com

　　Stephen F. Taylor, Esq.
　　Lemberg Law, LLC
　　1100 Summer Street, 3rd Floor
　　Stamford, Connecticut 06905
　　staylor@lemberglaw.com

　　*Attorneys for William Bridge and the Proposed Class*

　　Brian Roth, Esq.
　　Sessions, Fishman, Nathan & Israel, L.L.C.
　　3850 N. Causeway Blvd., Suite 200
　　Metairie, LA 70002-7227
　　broth@sessions-law.biz

　　*Attorneys for NCO Financial System*

　　Patrick J. Reilly, Esq.
　　Brian G. Anderson, Esq.
　　R. Calder Huntington, Esq.
　　Holland & Hart, LLP
　　9555 Hillwood Drive, 2nd Floor
　　Las Vegas, Nevada 89134
　　preilly@hollandhart.com
　　bganderson@hollandhart.dom
　　rchuntington@hollandhart.com

　　*Attorneys for Credit One Bank N.A.*

2568692v2

**PLEASE TAKE NOTICE** that upon the attached declaration of Patrick J. Reilly, dated April 27, 2015, and upon all other papers filed and proceedings had, the defendant will move this court at the James A. Byrne United States Court House, 601 Market Street, Philadelphia, Pennsylvania, for an order quashing the subpoena for the production of documents, served on NCO Financial Systems, Inc. on March 13, 2015 and dated March 12, 2015, pursuant to FRCP 45(d) on the ground that the subpoena is unreasonable and oppressive as more clearly appears in the declaration of Patrick J. Reilly, attached as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument of the within Motion, if so desired by the Court.

A proposed form of Order is being submitted herewith.

*Anne Burris*

Anne S. Burris, Esq.
ASB - 0860
Lindabury, McCormick, Estabrook & Cooper, P.C.
Two Penn Center Plaza, Suite 200
Philadelphia, PA 19102
(215) 854-4090

*Attorneys for Defendant, Credit One Bank, N.A.*

Date: April 27, 2015

2568692v2